# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GRAVITY SUB-DRAINAGE DISTRICT
NO. 1 OF GRAVITY DRAINAGE
DISTRICT NO. 2 OF THE PARISH OF
ST. MARY AND ST. MARY PARISH
GOVERNMENT

NO.  2020 CW 0207

VERSUS

PROVIDENCE ENGINEERING AND
DESIGN, LLC AND SEALEVEL
CONSTRUCTION, INC.

APR 3 0 2020

---

In Re:   Sealevel Construction, Inc., applying for supervisory
         writs, 16th Judicial District Court, Parish of St. Mary,
         No. 133832

---

**BEFORE:   WHIPPLE, C.J., GUIDRY, THERIOT, PENZATO, AND BURRIS,[1]
JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                              VGW
                              JMG
                              MRT
                              AHP
                              WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.